UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JOHNNY M. WILSON, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No. | 3:04-CR-71-RLJ-CCS-1 |
| | ) | | 3:14-CV-280-RLJ |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## **ORDER**

For the reasons expressed by the Court in its memorandum filed herewith, the Court **TRANSFERS** Petitioner's successive § 2255 motion [Docs. 25, 28] to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631. The Clerk is **DIRECTED** to **CLOSE** the civil case associated therewith [E.D. Tenn. Case No. 3:14-CV-280-RLJ].

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge